```
1  GUILLERMO MARRERO (Bar No. 099056)
   SAMANTHA LOPEZ (Bar No. 236934)
2  JOSHUA J. RICHMAN (Bar No. 243147)
   INTERNATIONAL PRACTICE GROUP
3  A Professional Corporation
   1350 Columbia Street, Suite 500
4  San Diego, California 92101
   Tel (619) 515-1480
5  Fax (619) 515-1481

6  Attorneys for Defendant
   BUSCH ENTERTAINMENT CORPORATION
7
```

FILED
2007 DEC 27  AM 11:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA SALCEDO;<br>HECTOR LOPEZ;<br>SPENCER LOPEZ, by and through his Guardian Ad Litem, Estela Salcedo;<br>KACY LOPEZ, by and through her Guardian Ad Litem, Estela Salcedo;<br>MARIO HERNANDEZ, by and through his Guardian Ad Litem, Estela Salcedo,<br><br>Plaintiffs,<br><br>vs.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, BUDWEISER CLYDESDALE, a business entity unknown; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2416 W JMA<br><br>**NOTICE OF REMOVAL OF ACTION** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

   PLEASE TAKE NOTICE that Defendant BUSCH ENTERTAINMENT CORPORATION ("Defendant"), hereby removes to this Court the state court action described below pursuant to 28 U.S.C. §§1441 and 1446 and Federal Rule of Civil Procedure §81(c).

   1.   On November 15, 2007, an action was commenced by Plaintiffs ESTELA SALCEDO, HECTOR LOPEZ, SPENCER LOPEZ, KACY LOPEZ, MARIO HERNANDEZ'S (collectively "Plaintiffs") by their filing an amended complaint in San Diego Superior Court

-1-

1. entitled *Estela Salcedo, et al. v. Busch Entertainment, et al.* (San Diego Superior Court Case No. GIC624) (the "Complaint").

2. The first date upon which Defendant received a copy of the Complaint was November 27, 2007, when Defendant was served with a summons (the "Summons") and a copy of the Complaint. (Declaration of Samantha Lopez ("Lopez Decl.") ¶ 3; Exhibit A.).

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs because Plaintiffs claim damages in the amount of $1,000,000.00. (Lopez Decl. ¶ 4; Exhibit B.)

4. Defendant is informed and believes that Plaintiffs were, at all times relevant to the Complaint, and still are citizens of the State of California. Defendant was at all times relevant to the Complaint, and still is, a corporation incorporated under the laws of the State of Delaware, with its principal place of business is in the State of Missouri. (Lopez Decl.¶2; Exhibit C.) Defendant is therefore not a citizen of the State of California.

5. On December 18, 2007, Defendant filed an Answer in San Diego Superior Court. (Lopez Decl.¶ 6; Exhibit D.).

6. Removal to this district court is proper under 28 U.S.C. §1441(a) because the Superior Court of California, County of San Diego is geographically located within this court's district.

7. Removal is timely under 28 U.S.C. §1446(b) because this Notice of Removal is filed within 30 days of service of process of the Complaint and this Notice of Removal is filed not more than one year after the action was commenced in the state court.

8. Removal is proper under 28 U.S.C. §1446(b) because "Budweiser Clydesdale" is not a legal business entity and thus cannot join with this Defendant in this Notice of Removal.

9. Copies of all process, pleadings and orders served on Defendant are appended to this Notice of Removal as required by 28 U.S.C. §1446 (a).

/ / / /

1  Dated: December 26, 2007

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By _____
GUILLERMO MARRERO
SAMANTHA LOPEZ
JOSHUA J. RICHMAN
*Attorneys for Defendant*
BUSCH ENTERTAINMENT CORPORATION

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
2007 DEC 27 AM 11:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**07 CV 2416 W JMA**

## I. (a) PLAINTIFFS
Estela Salcedo, et al.

**DEFENDANTS**
Busch Entertainment Corporation

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Curd, Galindo and Smith, LLP, 301 East Ocean Blvd., Long Beach, CA 90802

Attorneys (If Known)
Guillermo Marrero (099056)  Samantha Lopez (236934)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C 1441

Brief description of cause: Alleged Personal Injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE
DOCKET NUMBER

DATE: 12/27/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 145894  AMOUNT $350  12/27/07 BY  APPLYING IFP  JUDGE  MAG. JUDGE

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

         # 145894     - BH

         December 27, 2007
              11:08:30


          Civ Fil Non-Pris
    USAO #.: 07CV2416 CIVIL FILING
    Judge..: THOMAS J WHELAN
    Amount.:              $350.00 CK
    Check#.: BC# 2711


         Total-> $350.00


    FROM: CIVIL FILING
          SLACEDO V. BUSCH ENTERTAINMENT
```