FILED
2007 DEC 27 AM 11: 06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 27 AM 11: 06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___KNH___ DEPUTY
                          DEPUTY

1 | GUILLERMO MARRERO (Bar No. 099056)
SAMANTHA LOPEZ (Bar No. 236934)
2 | JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
3 | A Professional Corporation
1350 Columbia Street, Suite 500
4 | San Diego, California 92101
Tel (619) 515-1480
5 | Fax (619) 515-1481

6 | Attorneys for Defendant
BUSCH ENTERTAINMENT CORPORATION
7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10 | ESTELA SALCEDO;
HECTOR LOPEZ;                          CASE NO. **'07 CV 2416 W JMA**
11 | SPENCER LOPEZ, by and through his
Guardian Ad Litem, Estela Salcedo;
12 | KACY LOPEZ, by and through her        **DECLARATION OF SAMANTHA LOPEZ IN**
Guardian Ad Litem, Estela Salcedo;     **SUPPORT OF THE NOTICE OF REMOVAL**
13 | MARIO HERNANDEZ, by and through       **OF ACTION**
his Guardian Ad Litem, Estela Salcedo,
14 |
                Plaintiffs,
15 |
        vs.
16 |
BUSCH ENTERTAINMENT
17 | CORPORATION, a Delaware Corporation,
BUDWEISER CLYDESDALE, a business
18 | entity unknown; DOES 1 through 10,
inclusive,
19 |
Defendants.
20 |

21 |    I, SAMANTHA LOPEZ, declare:

22 |    1.    I am an attorney licensed to practice law before all courts in the State of California

23 | and I am associated with the law firm of International Practice Group, P.C., which is counsel for

24 | Defendant BUSCH ENTERTAINMENT CORPORATION ("Defendant") in this lawsuit.

25 |    2.    Defendant is incorporated in the State of Delaware. Defendant's principal place of

26 | business is in the State of Missouri.

27 |    3.    Exhibit A is a true and correct copy of Plaintiffs' Summons and Complaint.

28 |    4.    Exhibit B is a true and correct copy of Plaintiffs' Global Settlement Demand sent

-1-

DECLARATION OF SAMANTHA LOPEZ IN SUPPORT OF NOTICE OF REMOVAL OF ACTION

1  to Defendant's counsel in this matter.

2      5.      Exhibit C is a true and correct copy of Defendant's corporate status.

3      6.      Exhibit D is a true and correct copy of Defendant's Answer to Plaintiffs'

4  Complaint, filed in San Diego Superior Court.

5      I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct and that this Declaration was executed on December 24 , 2007.

7

8      SAMANTHA LOPEZ

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DECLARATION OF SAMANTHA LOPEZ IN SUPPORT OF NOTICE OF REMOVAL OF ACTION

**EXHIBIT A**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Busch Entertainment Corporation, a Delaware
Corporation; Budweiser Cyldesdale, a business entity
unknown; DOES 1 through 10, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
Estela Salcedo, Hector Lopez; Spencer Lopez, by and
through his Guardian Ad Litem, Estela Salcedo; Kacy
Lopez, by and through her Guardian Ad Litem, Estela
Salcedo; Mario Hernandez, by and through his Guardian
Ad Litem, Estela Salcedo

FILED
Clerk of the Superior Court
NOV 20 2007

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | **CASE NUMBER:** |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* GIC 878624 |

Superior Court, County of San Diego
330 West Broadway
San Diego, CA 92101
Central

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alexis Galindo (SBN 136643)          (562) 624-1177   (562) 624-1178
Curd, Galindo & Smith, LLP
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802

| DATE: NOV 20 2007 | Clerk, by | D. SMITH | , Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):* Busch Entertainment Corporation

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465



FILED
CIVIL BUSINESS OFFICE 17

07 NOV -5 PM 3:19

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

F I L E D
Clerk of the Superior Court

NOV 15 2007

By_____
Deputy

1  | CURD, GALINDO & SMITH, L.L.P
2  | ALEXIS GALINDO, SBN 136643
   | 301 East Ocean Boulevard, Suite 1700
3  | Long Beach, CA 90802
   | Telephone: (562) 624-1177
4  | Facsimile:  (562) 624-1178
5  | Attorney for Plaintiffs
6  | ESTELA SALCEDO; HECTOR LOPEZ;
   | SPENCER LOPEZ, by and through his Guardian Ad Litem,
7  | Estela Salcedo; KACY LOPEZ, by and through her Guardian Ad Litem,
   | Estela Salcedo; MARIO HERNANDEZ, by and through his Guardian Ad Litem,
8  | Estela Salcedo
9  |
10 |

11 |          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12 |                    **COUNTY OF SAN DIEGO**

13 |
14 |
15 | ESTELA SALCEDO;                                 )  CASE NO.: GIC878624
16 | HECTOR LOPEZ,                                   )
   | SPENCER LOPEZ, by and through his               )  FIRST AMENDED
17 | Guardian Ad Litem, Estela Salcedo;             )  COMPLAINT FOR DAMAGES
18 | KACY LOPEZ, by and through her                  )  (Personal Injury)
   | Guardian Ad Litem, Estela Salcedo;              )  1. Negligence
19 | MARIO HERNANDEZ, by and through his             )  2. Strict Liability, CC 3342
   | Guardian Ad Litem, Estela Salcedo,              )
20 |                                                 )
21 |               Plaintiffs,                       )
   |                                                 )
22 |          vs.                                    )
23 |                                                 )
   | BUSCH ENTERTAINMENT                             )
24 | CORPORATION, a Delaware                         )
   | Corporation; BUDWEISER                          )
25 | CYLDESDALE, a business entity                   )
   | unknown; DOES 1 through 10,                     )
26 | Inclusive,                                      )
27 |                                                 )
   |               Defendants.                       )
28 |

COME NOW ESTELA SALCEDO, HECTOR LOPEZ, SPENCER LOPEZ, by and through his Guardian Ad Litem, ESTELA SALCEDO, KACY LOPEZ, by and through her Guardian Ad Litem, ESTELA SALCEDO, and MARIO HERNANDEZ, by and through his Guardian Ad Litem, ESTELA SALCEDO AND ALLEGE:

## GENERAL ALLEGATIONS

1.     Concurrent with filing of this action, ESTELA SALCEDO has been duly appointed as the Guardian ad Litem, for SPENCER LOPEZ, KACY LOPEZ and MARIO HERNANDEZ, Plaintiffs, residents of the County of Los Angeles.

2.     That at all relevant times, BUSCH ENTERTAINMENT CORPORATION is and was doing business in the County of San Diego, State of California.  Further that the true names and capacities, whether individual, corporate, associate, governmental or otherwise of Defendants, Does 1 through 10, inclusive, are unknown to Plaintiffs at this time, who therefore sue said Defendants by said fictitious names, and when the true names and capacities of said Defendants are ascertained, leave of Court will be sought to amend this Complaint to allege the true names and capacities of said Defendants.

3.     That the Plaintiffs are informed and believe, and thereupon allege, that each of the Defendants, designated herein as a DOE is legally responsible in some manner or means for the events and happenings to the Plaintiffs, as herein alleged, either through their contractual duty, conduct or through the conduct of their agents, servants, or employees, or due to their ownership, training, management, and/or housing of the dog known as "Annie".

Oura, Galindo & Smith, L.L.P.
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fx: (562)624-1178

4.    That at all times herein alleged, the Defendants, and each of them, were acting as the agents, servants, and employees of the other Defendants herein, and of each other, and were acting within the purpose and scope and authority of their employment or agency.

5.    That on May 30, 2005, Plaintiffs ESTELA SALCEDO and her husband HECTOR LOPEZ, and their children, MARIO HERNANDEZ (DOB 2/5/93), KACY LOPEZ (DOB 9/6/99) and SPENCER LOPEZ (DOB 3/31/02), (collectively herein after referred to as THE LOPEZ FAMILY), traveled from their home in Los Angeles County to SEAWORLD Adventure Park, located at 500 Sea World Drive, San Diego, CA 92109. The LOPEZ FAMILY arrived at the SEAWORLD parking lot at approximately 9:30 AM.

6.    The SEAWORLD Adventure Park is owned and operated by Defendant, BUSCH ENTERTAINMENT CORPORATION. At the SEAWORLD Adventure Park, Defendants BUSCH ENTERTAINMENT CORPORATION, BUDWEISER CLYDESDALE, and DOES 1 through 3, owned, maintained, trained, and operated an attraction, "Clydesdale Hamlet" which houses and shows the "BUDWEISER CLYDESDALE" horses and the Dalmatian dogs, one of the Dalmation dogs was named "Annie" was present and was part of the attraction on May 30, 2005.

7.    The LOPEZ FAMILY entered the SEA WORLD Adventure Park and walked over to the "Clydesdale Hamlet" where "Annie" and another Dalmatian were present unleased in a dog pen which was accessible to the general public. SPENCER LOPEZ, while with his family members observed other members of the public petting "Annie". SPENCER LOPEZ, also began petting "Annie". After a few strokes of SPENCER LOPEZ'S little hand, "Annie" viciously attacked SPENCER LOPEZ by biting and ripping at his right wrist. SPENCER LOPEZ screamed and cried. Present during the attack were SPENCER LOPEZ'S mother, ESTELA

SALCEDO, his father HECTOR LOPEZ and his siblings, MARIO HERNANDEZ and KACY

LOPEZ.

8.    Defendants, BUSCH ENTERTAINMENT CORPORATION, BUDWEISER

CLYDESDALE, and DOES 1 through 10, at all times, had a duty to safeguard persons against

injury caused by animals maintained and housed at SEA WORLD Adventure Park, and

specifically against dog bites.

8.    Defendants, BUSCH ENTERTAINMENT CORPORATION, BUDWEISER

CLYDESDALE, and DOES 1 through 10, negligently caused and allowed said animal, "Annie"

to injure Plaintiffs as described above.

### FIRST CAUSE OF ACTION

(General Negligence)

9.    Defendants, BUSCH ENTERTAINMENT CORPORATION, BUDWEISER

CLYDESDALE, and DOES 1 through 10, knew or should have known in the exercise of due

care, should have known, that said animal, "Annie" had a dangerous propensity in that it

constituted a serious danger to persons such as Plaintiffs.

10.    As a sole direct and proximate result of the negligence, carelessness, and unlawful

conduct of all Defendants, and each of them, Plaintiffs were injured in their health, strength and

activity; sustaining severe shock and multiple injuries to their person and body, and injury to

their nerves and nervous system, which injuries, Plaintiffs are informed and believe, and upon

such information and belief, allege are permanent. All of said injuries have caused and continue

to cause Plaintiffs great physical, mental and nervous pain and suffering and mental anguish; all

to their damage in a sum within the jurisdiction of this Court and in an amount which will be

proven at the time of trial.

301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fax: (562) 624-1178

11.    That as a direct and proximate result of the negligence, carelessness and unlawful conduct of the Defendants, and each of them, caused thereby as aforesaid, and Plaintiffs' resulting injuries, Plaintiffs were compelled to and did employ physicians, surgeons and other health care professionals for

care and treatment, and will in the future, incur expenses for such physicians, surgeons, other health care professionals and for hospital facilities, and for other incidental medical expenses; all to Plaintiffs' damage in an amount which will be shown by an amendment to other Complaint, or shown according to proof at the time of trial.

12.    That as a further, direct and proximate result of the negligence, carelessness and unlawful conduct of said Defendants, and each of them, as aforesaid, and the resulting injuries sustained by the Plaintiff, SPENCER LOPEZ, as aforesaid, Plaintiff, SPENCER LOPEZ, will suffer a loss of earnings, support and earning capacity; the exact extent and amount of which are unknown to Plaintiff at this time, and Plaintiff will ask leave of Court to amend the Complaint in that regard when the same are ascertained, or according to proof at the time of trial.

//
//
//
//
//
//
//
//
//
//
//
//
//

First Amended Complaint for Damages

# SECOND CAUSE OF ACTION

### (Strict Liability Civil Code, Section 3342)

13.    Plaintiffs hereby incorporate each and every allegation contained in paragraphs 1 through 12 as though fully set forth herein.

**WHEREFORE,** Plaintiffs pray for judgment against the Defendants, and each of them, as follows:

1.  for general damages;

2.  for special damages to be proven at trial;

3.  for loss of earnings and earning capacity,

4.  for interest pursuant to law;

6.  For costs of suit incurred herein; and

7.  for such other and further relief as the Court may deem just and proper.

**CURD, GALINDO & SMITH, LLP**

Alexis Galindo
Attorneys for Plaintiffs

ATTORNEY *(Name, state bar number, and address)*:
Alexis Galindo (SBN 136643)
Curd, Galindo & Smith, LLP
301 E. Ocean Boulevard, Suite 1700

Long Beach, CA 90802
TELEPHONE NO.: (562) 624-1177  FAX NO. *(Optional)*: (562) 624-1178
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Estela Salcedo; Hector Lopez; et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

PLAINTIFF/PETITIONER: Estela Salcedo; Hector Lopez;
Spencer Lopez; et al.
DEFENDANT/RESPONDENT: Busch Entertainment Corporation;

**F I L E D**
Clerk of the Superior Court

**NOV 1 6 2007**

By: S. KLAS, Deputy

**APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM–CIVIL**
☐ EX PARTE

CASE NUMBER:
GIC 878624

*Note: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-200. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350, GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.*

1. Applicant *(name)*: Estela Salcedo                                   is
   a. ☒ the parent of *(name)*: Spencer Lopez
   b. ☐ the guardian of *(name)*:
   c. ☐ the conservator of *(name)*:
   d. ☐ a party to the suit.
   e. ☐ the minor to be represented *(if the minor is 14 years of age or older)*.
   f. ☐ another interested person *(specify capacity)*:

2. This application seeks the appointment of the following person as guardian ad litem *(state name, address, and telephone number)*:
   Estela Salcedo   (562) 633-4885
   13849 Garfield Avenue
   Paramount, CA 90723

3. The guardian ad litem is to represent the interests of the following person *(state name, address, and telephone number)*:
   Spencer Lopez   (562) 633-4885
   13849 Garfield Avenue
   Paramount, CA 90723

4. The person to be represented is:
   a. ☒ a minor *(date of birth)*: 3/31/02
   b. ☐ an incompetent person.
   c. ☐ a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. ☒ the person named in item 3 has a cause or causes of action on which suit should be brought *(describe)*:
   Plaintiff has a personal injury case due to a dog bite incident.

☐ Continued on Attachment 5a.

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2007]

**APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM–CIVIL**

Legal
Solutions
Plus

Page 1 of 2
Code of Civil Procedure,
§ 372, et seq.

PLAINTIFF/PETITIONER: Estela Galindo, Hortencia Lopez;
Spencer Lopez; et al.
DEFENDANT/RESPONDENT:  Busch Entertainment Corporation;

G 878624

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

c. ☐ the person named in item 3 has no guardian or conservator of his or her estate.

d. ☒ the appointment of a guardian ad litem is necessary for the following reasons (specify): The Plaintiff in this action is a minor

☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:

a. ☒ related (state relationship): Mother of the minor
b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

☐ Continued on Attachment 7.

Alexis Galindo (SBN 136643)
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  10/26/07

Estela Salcedo
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF APPLICANT)

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.

Date:  10/26/07

Estela Salcedo
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

**ORDER**   ☐ EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name): Estela Salcedo
is hereby appointed as the guardian ad litem for (name): Spencer Lopez
for the reasons set forth in item 5 of the application.

JOAN M. LEWIS

Date:  11-16-07

                                                                       JUDICIAL OFFICER

                                                    ☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010

ATTORNEY (Name, state bar number, and address):
Alexis Galindo (SBN 136643)
Curd, Galindo & Smith, LLP
301 E. Ocean Boulevard, Suite 1700

Long Beach, CA 90802
TELEPHONE NO.: (562) 624-1177   FAX NO. (Optional): (562) 624-1178
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Estela Salcedo; Hector Lopez; et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

PLAINTIFF/PETITIONER: Estela Salcedo; Hector Lopez;
Spencer Lopez; et al.
DEFENDANT/RESPONDENT: Busch Entertainment Corporation;

FOR COURT USE ONLY

F I L E D
Clerk of the Superior Court

NOV 1 6 2007

By: S. KLAIS, Deputy

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM-CIVIL
☐ EX PARTE

CASE NUMBER:
GIC 878624

**Note:** This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-100. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350, GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant (name): Estela Salcedo                                is
   a. ☒ the parent of (name): Mario Hernandez
   b. ☐ the guardian of (name):
   c. ☐ the conservator of (name):
   d. ☐ a party to the suit.
   e. ☐ the minor to be represented (if the minor is 14 years of age or older).
   f. ☐ another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Estela Salcedo (562) 633-4885
   13849 Garfield Avenue
   Paramount, CA 90723

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   Mario Hernandez (562) 633-4885
   13849 Garfield Avenue
   Paramount, CA 90723

4. The person to be represented is:
   a. ☒ a minor (date of birth): 2/5/93
   b. ☐ an incompetent person.
   c. ☐ a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. ☒ the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   Plaintiff has a personal injury case due to a dog bite incident involving his younger brother.

   ☐ Continued on Attachment 5a.

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2007]

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM-CIVIL

Legal
Solutions
Plus

Code of Civil Procedure,
§ 372, et seq.

| PLAINTIFF/PETITIONER: Estela Salcedo; Hector Lopez; Spencer Lopez; et al. | CASE NUMBER: GIC878624 |
|---|---|
| DEFENDANT/RESPONDENT: Busch Entertainment Corporation; | |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

c. ☐ the person named in item 3 has no guardian or conservator of his or her estate.

d. ☒ the appointment of a guardian ad litem is necessary for the following reasons *(specify):* The Plaintiff in this action is a minor

☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☒ related *(state relationship):* Mother of the minor
   b. ☐ not related *(specify capacity):*

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. *(If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):*

☐ Continued on Attachment 7.

Alexia Galindo (SBN 136643)
(TYPE OR PRINT NAME)                                                          (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/22/07

Estela Salcedo
(TYPE OR PRINT NAME)                                                          (SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Date: 10/26/07

Estela Salcedo
(TYPE OR PRINT NAME)                                              (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

### ORDER   ☐ EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that *(name):* Estela Salcedo
is hereby appointed as the guardian ad litem for *(name):* Mario Hernandez
for the reasons set forth in item 5 of the application.

Date: 11-16-07

JUAN M. LEWIS
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010

| ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alexis Galindo (SBN 136643)<br>Curd, Galindo & Smith, LLP<br>301 E. Ocean Boulevard, Suite 1700<br><br>Long Beach, CA 90802<br>TELEPHONE NO.: (562) 624-1177  FAX NO. (Optional): (562) 624-1178<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Estela Salcedo; Hector Lopez; et al. | F I L E D<br>Clerk of the Superior Court<br><br>NOV 1 6 2007<br><br>By: S. KLAUS, Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

PLAINTIFF/PETITIONER: Estela Salcedo; Hector Lopez; Spencer Lopez; et al.

DEFENDANT/RESPONDENT: Busch Entertainment Corporation;

| APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM-CIVIL<br>☐ EX PARTE | CASE NUMBER:<br>GIC 878624 |
|---|---|

*Note: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350, GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.*

1. Applicant (name): Estela Salcedo                                    is
   a. ☒ the parent of (name): Kacy Lopez
   b. ☐ the guardian of (name):
   c. ☐ the conservator of (name):
   d. ☐ a party to the suit.
   e. ☐ the minor to be represented (if the minor is 14 years of age or older).
   f. ☐ another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Estela Salcedo  (562) 633-4885
   13849 Garfield Avenue
   Paramount, CA 90723

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   Kacy Lopez  (562) 633-4885
   13849 Garfield Avenue
   Paramount, CA 90723

4. The person to be represented is:
   a. ☒ a minor (date of birth): 9/6/99
   b. ☐ an incompetent person.
   c. ☐ a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. ☒ the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   Plaintiff has a personal injury case due to a dog bite incident involving her younger brother.

   ☐ Continued on Attachment 5a.

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-010 [Rev. January 1, 2007]

**APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM-CIVIL**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure,
§ 372, et seq.

PLAINTIFF/PETITIONER: Estela Salcedo; Hector Lopez; Spencer Lopez; et al.

DEFENDANT/RESPONDENT: Busch Entertainment Corporation;

CASE NUMBER: GI 878624

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

c. ☐ the person named in item 3 has no guardian or conservator of his or her estate.

d. ☒ the appointment of a guardian ad litem is necessary for the following reasons (specify): The Plaintiff in this action is a minor

☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☒ related (state relationship): Mother of the minor
   b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

☐ Continued on Attachment 7.

Alexis Galindo (SBN 136643)
(TYPE OR PRINT NAME)                                    (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/26/07

Estela Salcedo
(TYPE OR PRINT NAME)                                    (SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Date: 10/26/07

Estela Salcedo
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

ORDER   ☐ EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name): Estela Salcedo
is hereby appointed as the guardian ad litem for (name): Kaci Lopez
for the reasons set forth in item 5 of the application.

JOAN M. LEWIS

Date: 11-16-07

_____
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

# CURD,
# GALINDO
# & SMITH, L.L.P.
### *Attorneys*


July 25, 2006


Guillermo Marrero
IPG
600 W Broadway  Ste 1520
San Diego, CA  92101

> Re: Dog Bite

> Our Client(s):   Spencer Lopez et al
> DOL:             5-30-05
> Location:        Sea World, San Diego, CA

Dear Mr. Marrero:

My clients' settlement demand is based on a global settlement for the parents and siblings of Spencer Lopez, all of whom witnessed the attack.

> The parents are:

> Hector Lopez and Estela Salcedo.

> The siblings are:

> Sister Kasey Lopez and brother Mario Hernandez.

The global settlement of $1,000,000 (net present value of $350,000) is agreed to be structured over fifteen (15) years.  I enclosed a structured settlement proposal for all the claimants.  Essentially, the demand is based on a cash settlement of $100,000 to the parents and a structured settlement for the minors as follows:

> Spencer Lopez        $200,000  Costs Basis
> Kacy Lopez           $ 25,000  Costs Basis
> Mario Lopez          $ 25,000  Cost basiss

• 301 East Ocean Blvd. • Suite 1700 • Long Beach • CA • 90802 • (562) 624-1177 • Fax  (562) 624-1178

**CURD, GALINDO & SMITH, L.L.P.**
July 25, 2006
Page 2

My clients will be available for statements and for IMEs.

I look forward to your immediate response.

Sincerely,

**CURD, GALINDO & SMITH, LLP**

By: _____
    Alexis Galindo

AG:id



# MARIO LOPEZ

D.O.B.: 02/05/1993 (Age: 13.0)
Normal Life Expectancy 69.3 Years

## PACKAGE H

| Payment Description | | Costs | Guaranteed Payout | Expected Payout |
|---|---|---|---|---|
| **INCOME TAX FREE GUARANTEED PAYMENTS FOR COLLEGE** | | | | |
| $4,152.43 payable semi-annually, beginning 02/05/2011 (Age 18.0) for 4 years certain only.  Last guaranteed payment is due 08/05/2014. | | $25,000.00 | $33,219.44 | $33,219.44 |
| | Totals: | $25,000.00 | $33,219.44 | $33,219.44 |

Total Internal Rate of Return:  4.20%
Quote expires 02-23-2006 or at rate change. Home office approval required before acceptance. Quoted with AM Best rated A+ Superior and S&P rated AA Very Strong rated American General Life Insurance Co. Assumes funding of on or before 04-01-2006.
Michael Pickett, CSSC (800) 326 1078

This quote is good for 7 days from February 16, 2006

THIS SETTLEMENT IS CONTINGENT UPON VERIFICATION OF DATE OF BIRTH

---

**SUMMIT SETTLEMENT SERVICES**
MICHAEL J. PICKETT

310-791-2059                                        800-326-1078



# KACY LOPEZ
D.O.B.: 09/06/1999 (Age: 6.4)
Normal Life Expectancy 83.3 Years

## PACKAGE E

| Payment Description | | Costs | Guaranteed Payout | Expected Payout |
|---|---|---|---|---|
| **INCOME TAX FREE GUARANTEED FUNDS FOR COLLEGE** | | | | |
| $5,900.68 payable semi-annually, beginning 09/06/2017 (Age 18.0) for 4 years certain only.  Last guaranteed payment is due 03/06/2021. | | $25,000.00 | $47,205.44 | $47,205.44 |
| | Totals: | $25,000.00 | $47,205.44 | $47,205.44 |

Total Internal Rate of Return:  4.79%
Quote expires 02-23-2006 or at rate change. Home office approval required before acceptance. Quoted with AM Best rated A+ Superior and S&P rated AA Very Strong rated American General Life Insurance Co. Assumes funding of on or before 04-01-2006.
Michael Pickett, CSSC (800) 326 1078

This quote is good for 7 days from February 16, 2006

THIS SETTLEMENT IS CONTINGENT UPON VERIFICATION OF DATE OF BIRTH

---

## SUMMIT SETTLEMENT SERVICES
310-791-2059        MICHAEL J. PICKETT        800-326-1078



# SPENCER LOPEZ
D.O.B.: 03/31/2002 (Age: 3.9)
Normal Life Expectancy 84.0 Years

## PACKAGE A

| Payment Description | Costs | Guaranteed Payout | Expected Payout |
|---|---|---|---|
| **INCOME TAX FREE GUARANTEED COLLEGE FUNDING** $15,000.00 payable semi-annually, beginning 03/31/2020 (Age 18) for 4 years certain only.  Last guaranteed payment is due 09/30/2023. | | $120,000.00 | $120,000.00 |
| **INCOME TAX FREE GUARANTEED COLLEGE GRADUATION GIFT** $25,000.00 on 03/31/2024 (Age 22) | | $25,000.00 | $25,000.00 |
| **INCOME TAX FREE GUARANTEED LIFETIME BENEFITS AT AGE 23** $1,086.04 payable monthly, beginning 03/31/2025 (Age 23.0) for 40 years certain and life.  Last guaranteed payment is due 02/28/2065. | | $521,299.20 | $846,025.16 |
| **INCOME TAX FREE GUARANTEED LUMP SUM PAYMENT AT AGE 25** $50,000.00 on 03/31/2027 (Age 25) | | $50,000.00 | $50,000.00 |
| **INCOME TAX FREE GUARANTEED HOME DOWNPAYMENT AT AGE 30** $100,000.00 on 03/31/2032 (Age 30) | | $100,000.00 | $100,000.00 |
| Totals: | $200,000.00 | $816,299.20 | $1,141,025.16 |

Total Internal Rate of Return: 5.22%
Quote expires 02-23-2006 or at rate change. Home office approval required before acceptance. Quoted with AM Best rated A+ Superior and S&P rated AA Very Strong rated American General Life Insurance Co. Assumes funding of on or before 04-01-2006.

Michael Pickett, CSSC (800) 326 1078

This quote is good for 7 days from February 16, 2006

### THIS SETTLEMENT IS CONTINGENT UPON VERIFICATION OF DATE OF BIRTH

## SUMMIT SETTLEMENT SERVICES
310-791-2059      **MICHAEL J. PICKETT**      800-326-1078

**EXHIBIT C**

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of DEC 21, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| BUSCH ENTERTAINMENT CORPORATION | | |
| **Number:** C1653533 | **Date Filed:** 11/30/1989 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| 231 S BEMISTON AVE STE 600 | | |
| CLAYTON, MO 63105 | | |
| Agent for Service of Process | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

1 | GUILLERMO MARRERO (Bar No. 099056)
  | SAMANTHA LOPEZ (Bar No. 236934)
2 | JOSHUA J. RICHMAN (Bar No. 243147)
  | **INTERNATIONAL PRACTICE GROUP**
3 | A Professional Corporation
  | 1350 Columbia Street, Suite 500
4 | San Diego, California 92101
  | Tel (619) 515-1480
5 | Fax (619) 515-1481

6 | Attorneys for Defendant
  | BUSCH ENTERTAINMENT CORPORATION

7

8

9 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10 | **COUNTY OF SAN DIEGO**

11 | ESTELA SALCEDO; | Case No. GIC878624
   | HECTOR LOPEZ; |
12 | SPENCER LOPEZ, by and through his |
   | Guardian Ad Litem, Estela Salcedo; | **DEFENDANT BUSCH ENTERTAINMENT**
13 | KACY LOPEZ, by and through her | **CORPORATION'S ANSWER TO**
   | Guardian Ad Litem, Estela Salcedo; | **PLAINTIFF'S FIRST AMENDED**
14 | MARIO HERNANDEZ, by and through | **COMPLAINT**
   | his Guardian Ad Litem, Estela Salcedo, |
15 | |
   | Plaintiffs, | First Amended Complaint Filed:
16 | | November 15, 2007
   | vs. |
17 | |
   | BUSCH ENTERTAINMENT |
18 | CORPORATION, a Delaware Corporation, |
   | BUDWEISER CLYDESDALE, a business |
19 | entity unknown; DOES 1 through 10, |
   | inclusive, |
20 | |
   | Defendants. |
21

22 | Defendant BUSCH ENTERTAINMENT CORPORATION (hereinafter "Defendant")

23 | answers Plaintiffs' ESTELA SALCEDO, HECTOR LOPEZ, SPENCER LOPEZ, KACY

24 | LOPEZ, MARIO HERNANDEZ'S (collectively "Plaintiffs") unverified First Amended

25 | Complaint ("Complaint") as follows:

26 | **GENERAL DENIAL**

27 | Under the provisions of Section 431.30 of the Code of Civil Procedure of the State of

28 | California, Defendant denies generally, each and every allegation of Plaintiffs' complaint in its

-1-

1  entirety, including liabil⬤ and every purported cause of action co⬤ined in Plaintiffs' complaint,

2  and denies that Plaintiffs have or will sustain injuries or damages in the sum or sums alleged, or

3  in any other sum or sums, or at all.

4        Further, Defendant denies that Plaintiffs have sustained or will sustain, any injury,

5  damage, or loss, if any, by reason of any acts, omissions, alleged fault or negligence on the part of

6  Defendant upon which to base any cause of action whatsoever, including all causes of action pled

7  by Plaintiffs in their complaint.

## SEPARATE AFFIRMATIVE DEFENSES

9        As a further answer to Plaintiffs' complaint, Defendant asserts the following affirmative

10  defenses:

### I.

### FAILURE TO STATE CAUSE OF ACTION

### (TO ALL CAUSES OF ACTION)

14       The Complaint, with respect to one or more of the plaintiffs, fails to state a claim upon

15  which relief can be granted and/or facts sufficient to constitute any valid cause of action against

16  this answering Defendant.

### II.

### ASSUMPTION OF RISK

### (TO ALL CAUSES OF ACTION)

20       Defendant is informed and believes, and thereon alleges, that any claimed damages

21  suffered by Plaintiffs were proximately caused by a risk, which the Plaintiffs by their actions

22  voluntarily assumed.

### III.

### COMPARATIVE NEGLIGENCE

### (AS TO ALL CAUSES OF ACTION)

26       Defendant alleges that at the time and place referred to in the complaint, Plaintiffs

27  negligently conducted themselves, so as to cause the accident referred to in the complaint.

28  ////

2

DEFENDANT BUSCH ENTERTAINMENT CORPORATION'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

## IV.

### FAILURE TO MITIGATE DAMAGES

#### (TO ALL CAUSES OF ACTION)

Defendant is informed, believes, and thereon alleges, that Plaintiffs have failed to act reasonably to mitigate the damages they allege.

## V.

### FAIR RESPONSIBILITY ACT OF 1986

#### (AS TO ALL CAUSES OF ACTION)

Without admitting Defendant has the burden of proof on this or any related issue, Defendant denies any liability to Plaintiffs and further alleges that under the Fair Responsibility Act of 1986, liability for general damages, if any, is limited to each person, party or entity's proportionate share of liability or responsibility, if any.

## VI.

### NEGLIGENCE OF THIRD PARTIES

#### (AS TO ALL CAUSES OF ACTION)

Defendant alleges that at the time and place referred to in the complaint, a third party or parties acted negligently so as to cause the accident and alleged injuries referred to in the Complaint, and that the negligence proximately caused and/or contributed to Plaintiffs' damages, if any.

## VII.

### RIGHT TO ASSERT ADDITIONAL AFFIRMATIVE DEFENSES

#### (TO ALL CAUSES OF ACTION)

Defendant reserves the right to amend this response and assert additional affirmative defenses and reserves the right to cross-claim against Plaintiffs, any other named defendant, or any other third parties.

////

////

////

DEFENDANT BUSCH ENTERTAINMENT CORPORATION'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

ERNATIONAL
CTICE GROUP

## PRAYER

WHEREFORE, this answering Defendant prays for judgment as follows:

1.      That Plaintiffs take nothing by their complaint and not be granted any relief;

2.      That Plaintiffs' complaint be dismissed with prejudice;

3.      That this answering Defendant be awarded costs of suit, including attorneys fees, incurred herein; and

4.      For such other and further relief as this court may deem proper.

Dated: December 18, 2007

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By _____
    GUILLERMO MARRERO
    SAMANTHA LOPEZ
    JOSHUA RICHMAN
    *Attorneys for Defendant*
    BUSCH ENTERTAINMENT
    CORPORATION

DEFENDANT BUSCH ENTERTAINMENT CORPORATION'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

1 │ GUILLERMO MARRERO (Bar No. 099056)
│ SAMANTHA LOPEZ (Bar No. 236934)
2 │ **INTERNATIONAL PRACTICE GROUP**
│ A Professional Corporation
3 │ 1350 Columbia Street, Suite 500
│ San Diego, California 92101
4 │ Tel (619) 515-1480
│ Fax (619) 515-1481
5 │ slopez@ipglaw.com
│ Attorneys for Defendant
6 │ BUSCH ENTERTAINMENT CORPORATION

7

2007 DEC 17 P 2: 32

8                    **SUPERIOR COURT OF CALIFORNIA**

9                         **COUNTY OF SAN DIEGO**

10  SALCEDO, ET AL.
                    Plaintiff,            CASE NO.  GIC878624
11
                                          **PROOF OF SERVICE OF DEFENDANT**
12        v.                              **BUSCH ENTERTAINMENT**
                                          **CORPORATION'S ANSWER TO**
13  BUSCH ENTERTAINMENT                   **PLAINTIFF'S FIRST AMENDED**
    CORPORATION                           **COMPLAINT**
14                  Defendant.

15

16        I, <u>Kristina De La Rosa</u>, certify and declare as follows:

17        I am over the age of 18 years and not a party to this action.

18        My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is

19  located in the city, county and state where the mailing described below took place.

20        **SERVICE BY MAIL:**   On <u>December 18, 2007,</u> I served the documents listed in

21  Appendix A, attached to this Certificate of Service, by enclosing them in an envelope and

22  depositing the sealed envelope with the United States Postal Service with the postage fully

23  prepaid.  The envelope was addressed and mailed as follows:

24                         Alexis Galindo

25                    301 E. Ocean Blvd., Suite 460

26                       Long Beach, CA 90802

27  //

28  //

                                -1-

ERNATIONAL
CTICE GROUP

I, declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>December 18, 2007</u>

_____
Kristina De La Rosa

## **<u>Appendix A</u>**

The documents that were served are as follows:

1. Defendant Busch Entertainment Corporation's Answer to Plaintiff's First Amended Complaint

PROOF OF SERVICE OF DEFENDANT BUSCH ENTERTAINMENT CORPORATION'S
ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

INTERNATIONAL
JUSTICE GROUP

1  GUILLERMO MARRERO (Bar No. 099056)
   SAMANTHA LOPEZ (Bar No. 236934)
2  JOSHUA J. RICHMAN (Bar No. 243147)
   **INTERNATIONAL PRACTICE GROUP**
3  A Professional Corporation
   600 West Broadway, Suite 1520
4  San Diego, California  92101
   Tel (619) 515-1480
5  Fax (619) 515-1481

6  Attorneys for Defendant
   BUSCH ENTERTAINMENT CORPORATION
7

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10  ESTELA SALCEDO;                          CASE NO.
    HECTOR LOPEZ;                            **'07 CV 2 4 1 6  W  JMA**
11  SPENCER LOPEZ, by and through his
    Guardian Ad Litem, Estela Salcedo;      **CERTIFICATE OF SERVICE OF**
12  KACY LOPEZ, by and through her          **NOTICE TO ADVERSE PARTY OF**
    Guardian Ad Litem, Estela Salcedo;      **REMOVAL TO FEDERAL COURT**
13  MARIO HERNANDEZ, by and through
    his Guardian Ad Litem, Estela Salcedo,
14
                    Plaintiffs,
15
        vs.
16
    BUSCH ENTERTAINMENT
17  CORPORATION, a Delaware Corporation,
    BUDWEISER CLYDESDALE, a business
18  entity unknown;  DOES 1 through 10,
    inclusive,
19
    Defendants.
20

21      I, Kristina De La Rosa, certify and declare as follows:

22      I am over the age of 18 years and not a party to this action.

23      My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is

24  located in the city, county and state where the mailing described below took place.

25      On December 27, 2007, I deposited in the United States Mail at my business address a

26  copy of the following documents:

27      1.    Notice to Adverse Party of Removal to Federal Court

28      2.    Notice of Removal of Action

                                    -1-

3.    Declaration of Samantha Lopez in Support of Notice of Removal of Action

The envelope was addressed to the following individual:

Alexis Galindo

301 East Ocean Blvd.

Long Beach, CA 90802

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2007

Kristina De La Rosa

-2-