```
 1  GUILLERMO MARRERO (Bar No. 099056)
    SAMANTHA LOPEZ (Bar No. 236934)
 2  JOSHUA J. RICHMAN (Bar No. 243147)
    INTERNATIONAL PRACTICE GROUP
 3  A Professional Corporation
    600 West Broadway, Suite 1520
 4  San Diego, California  92101
    Tel (619) 515-1480
 5  Fax (619) 515-1481
 6  Attorneys for Defendant
    BUSCH ENTERTAINMENT CORPORATION
 7
```

FILED
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA SALCEDO;<br>HECTOR LOPEZ;<br>SPENCER LOPEZ, by and through his Guardian Ad Litem, Estela Salcedo;<br>KACY LOPEZ, by and through her Guardian Ad Litem, Estela Salcedo;<br>MARIO HERNANDEZ, by and through his Guardian Ad Litem, Estela Salcedo,<br><br>Plaintiffs,<br><br>vs.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, BUDWEISER CLYDESDALE, a business entity unknown; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2416 W JMA<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, Kristina De La Rosa, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is located in the city, county and state where the mailing described below took place.

On December 27, 2007, I deposited in the United States Mail at my business address a copy of the following documents:

    1.    Notice to Adverse Party of Removal to Federal Court

    2.    Notice of Removal of Action

-1-

3. Declaration of Samantha Lopez in Support of Notice of Removal of Action

The envelope was addressed to the following individual:

Alexis Galindo

301 East Ocean Blvd.

Long Beach, CA 90802

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2007

Kristina De La Rosa

---

-2-

INTERNATIONAL PRACTICE GROUP

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT