GUILLERMO MARRERO (Bar No. 099056)
SAMANTHA LOPEZ (Bar No. 236934)
INTERNATIONAL PRACTICE GROUP
A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, CA 92101
Tel (619) 515-1480

UNITED STATES DISTRICT COURT
SOUTHERN, DISTRICT OF CALIFORNIA

| SALCEDO, ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 07-cv-02416 |
| v. | |
| BUSCH ENTERTAINMENT CORPORATION, ET AL. | NOTICE OF CHANGE OF ATTORNEY INFORMATION |
| DEFENDANT(S). | |

**The following information must be provided:**
I, _____Samantha Lopez_____ am counsel of record in the above-entitled cause of action for the following party(s) BUSCH ENTERTAINMENT CORPORATION _____
_____ and am requesting the following change(s):
CA State Bar ID number ____236934____    ☐ Out of state attorney

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐    I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
         PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address (provide only if you are enrolled in the Optical Scanning Program* and receiving court orders by e-mail or an authorized E-Filing attorney) _____

    * To receive orders and judgments by e-mail, complete an Optical Scanning Enrollment form G-76 (available from the court's website at www.cacd.uscourts.gov)

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐    I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑    This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS NOT ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

    Attorney Name _Samantha Lopez_____ CA State Bar Number _236934_
    Firm/Government Agency Name _International Practice Group_
    Address: _1350 Columbia Street, Suite 500, San Diego, CA 92101_
    Telephone Number _619.515.1480_       Facsimile Number _619.515.1481_
    Email: slopez@ipglaw.com

☐ TO BE REMOVED FROM THE COURT'S SERVICE LIST:
I understand that this request does not conflict with the Clerk's compliance with the Federal Rules of Civil Procedure 77(d) or Federal Rules of Criminal Procedure 74(c).
CHECK ONE BOX

☐ I request to be removed from the court's service list. There is/are attorney(s) from my current law firm/government agency who are currently receiving service in this case.

☐ I am the lead attorney and am authorized to file this request on behalf of the aforementioned party(s) and the following attorneys who are from or associated with my firm or government agency. The attorney(s) listed below waive service of the documents on them by the Clerk. There is/are member(s) of the firm/government agency who is/are currently receiving service and will continue to receive service on behalf of the party(s) indicated above.

_____
_____
_____

☐ TO BE REMOVED FROM THE CASE: **
I am no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: 1/4/08

_____
Attorney's Signature

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

1  GUILLERMO MARRERO (Bar No. 099056)
   SAMANTHA LOPEZ (Bar No. 236934)
2  **INTERNATIONAL PRACTICE GROUP**
   A Professional Corporation
3  1350 Columbia Street, Suite 500
   San Diego, California 92101
4  Tel (619) 515-1480
   Fax (619) 515-1481
5  slopez@ipglaw.com
   Attorneys for Defendant
6  BUSCH ENTERTAINMENT CORPORATION

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 | SALCEDO, ET AL.              | CASE NO. 07-cv-03843
           Plaintiff,
11 |                              | **PROOF OF SERVICE OF NOTICE OF
       v.                          CHANGE OF ATTORNEY INFORMATION**
12
   BUSCH ENTERTAINMENT
13 CORPORATION
           Defendant.
14

15

16     I, Kristina De La Rosa, certify and declare as follows:

17     I am over the age of 18 years and not a party to this action.

18     My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is

19 located in the city, county and state where the mailing described below took place.

20     **SERVICE BY MAIL:** On January 8, 2008, served the documents listed in Appendix A,

21 attached to this Certificate of Service, by enclosing them in an envelope and depositing the sealed

22 envelope with the United States Postal Service with the postage fully prepaid. The envelope was

23 addressed and mailed as follows:

24                        Alexis Galindo

25                 301 East Ocean Blvd., Suite 1700

26                      Long Beach, CA 90802

27 //

28 //

-1-

1  I, declare under penalty of perjury that the foregoing is true and correct.

3  Executed on January 8, 2008

Kristina De La Rosa

## Appendix A

The documents that were served are as follows:

1. Notice of Change of Attorney Information

-2-