UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA SALCEDO, et al., | Case No. 07-CV-2416-W (JMA) |
| Plaintiffs, | **ORDER VACATING AND RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| BUSCH ENTERTAINMENT CORP., et al., | |
| Defendants. | |

Due to a change in the Court's calendar, the Early Neutral Evaluation Conference previously scheduled to be held on February 12, 2008 at 10:00 a.m. is hereby VACATED. Instead, the Early Neutral Evaluation Conference will be held on **February 14, 2008** at **10:00 a.m.** in the chambers of the Magistrate Judge Adler. The parties shall refer to the additional provisions of the Court's January 8, 2008 Order [Doc. No. 5].

**IT IS SO ORDERED.**

DATED: January 28, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv2416