UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA SALCEDO, et al., ) | Case No. 07-CV-2416-W (JMA) |
| ) Plaintiffs, ) | **ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SCHEDULING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. ) | |
| BUSCH ENTERTAINMENT CORP., et al., ) | |
| ) Defendants. ) | |

The Early Neutral Evaluation Conference previously scheduled to be held on February 21, 2008 at 10:00 a.m. is hereby VACATED. Instead, the Court will conduct a **telephonic** Early Neutral Evaluation Conference on **February 21, 2008** at **10:00 a.m.** Counsel only shall participate in the conference, and the Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: February 19, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv2416