CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO SBN 136643
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ESTELA SALCEDO, et al;  )  Case No.: 07-CV-02416-W (JMA)
                        )
          Plaintiffs,   )
                        )  STIPULATION EXTENDING DEADLINE
vs.                     )  TO FILE F.R.C.P. RULE 26 REPORT
                        )
BUSCH ENTERTAINMENT CORP., et al )
                        )
          Defendants.   )
                        )

WHEREAS the parties met and conferred as required by F.R.C.P. Rule 26 on March 14, 2008; and

WHEREAS the F.R.C.P. Rule 26(a)(1)(C) requires that the initial disclosures of the parties must be made within 14 days after the Rule 26(f) conference, unless a different time is set by stipulation or court order; and

WHEREAS counsel for Plaintiff, Alexis Galindo and Defendant's counsel, Samantha Lopez need additional time to complete the disclosure and have agreed to grant each other an extension through April 1, 2008 to complete the disclosure reports

///
///

1  IT IS HEREBY STIPULATED AND AGREED good cause exists to extend the
2  deadline, and the deadlines for all parties to make the initial disclosures required under F.R.C.P.
3  Rule 26(a)(1)(C), file their Rule 26(f) report shall be extended to April __/__ 2008.

DATED: March 25, 2008

CURD, GALINDO & SMITH, L.L.P.

ALEXIS GALINDO
Attorneys for Plaintiff

DATED: March 25, 2008

INTERNATIONAL PRACTICE GROUP, P.C.
1350 Columbia Street, Suite 500
San Diego, CA 92101
Tel (619) 515-1480
Fax (619) 515-1481
By

GUILLERMO MARRERO (Bar No. 099056)
Gmarrero@ipglaw.com
SAMANTHA LOPEZ (Bar No. 236934)
Slopez@ipglaw.com
*Attorneys for Defendant*
BUSCH ENTERTAINMENT CORPORATION

Curd, Galindo & Smith, L.L.P.
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fx: (562) 624-1178

2

Stipulation