UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTELA SALCEDO, et al., | ) | Case No. 07-CV-2416-W (JMA) |
| Plaintiffs, | ) | **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| BUSCH ENTERTAINMENT CORP., et al., | ) | |
| Defendants. | ) | |

A telephonic Case Management Conference was held on June 27, 2008 at 9:30 a.m. Counsel for the parties appeared for the conference.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **October 2, 2008** at **9:30 a.m.** All counsel and unrepresented parties shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: June 27, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv2416