Alexis Galindo, SBN 136643
Curd, Galindo & Smith, LLP
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178

Attorneys for Plaintiffs
Estela Salcedo, Hector Lopez, Spencer Lopez, Kacy Lopez and Mario Hernandez

FILED
08 JUL 16 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA SALCEDO; HECTOR LOPEZ SPENCER LOPEZ, by and through his Guardian Ad Litem, Estela Salcedo; KACY LOPEZ, by and through her Guardian Ad Litem, Estela Salcedo; MARIO HERNANDEZ, by and through his Guardian Ad Litem, Estela Salcedo<br><br>Plaintiffs,<br><br>vs.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, BUDWEISER CLYDESDALE, a business entity unknown; DOES 1 through 10, Inclusive<br><br>Defendants. | CASE NO.: 07-CV-02416-W (JMA)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that the Law Office of Curd, Galindo & Smith, LLP has changed its address as follows:

---
Notice of Change of Address

| | | |
|---|---|---|
| 1 | Old Address: | CURD, GALINDO & SMITH, LLP |
| 2 | | 301 E. Ocean Blvd., Suite **460** |
| 3 | | Long Beach, CA  90802 |
| | | (562) 624-1177 |
| 4 | | (562) 624-1178 (Fax) |

New Address:   CURD, GALINDO & SMITH, LLP
301 E. Ocean Blvd., Suite **1700**
Long Beach, CA  90802
(562) 624-1177
(562) 624-1178 (Fax)

DATED:  July 11, 2008                         CURD, GALINDO & SMITH, LLP

_____
Alexis Galindo
Attorney for Plaintiffs

Curd, Galindo & Smith, L.L.P
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fax: (562) 624-1178

Notice of Change of Address

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United State and a resident of the aforesaid county; I am over the age of 18 and not a party to the within entitled action; my business address is 301 E. Ocean Blvd., Suite 1700, Long Beach, California 90802.

On **July 11, 2008**, I served the within:

**NOTICE OF CHANGE OF ADDRESS**

in said action, by <u>placing</u> a true copy thereof and delivering a true copy thereof enclosed in a sealed envelope and placing said envelope in the U.S. Mail addressed as follows:

Guillermo Marrero
Samantha Lopez
International Practice Group
A Professional Corporation
1350 Columbia Street, Ste 500
San Diego, CA 92101
(619) 515-1480
(619) 515-1481 (Fax)
Attorneys for Defendant, Busch Entertainment Corporation

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct, executed this **11th** day of **July, 2008** at Long Beach, California.

Irene Duran

---

Notice of Change of Address